1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL OMEGA HARDY,                     CASE NO. 1:08-cv-01028 OWW DLB (PC)

12            Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS, AND DISMISSING
13        vs.                                  ACTION FOR FAILURE TO PROSECUTE

14    JOHN FLETCHER,                           (Doc. 8)

15

16            Defendant.
      _____/

17        Plaintiff Michael Omega Hardy("plaintiff") is a state prisoner proceeding pro se in this

18    civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

20        On October 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein

21    which was served on plaintiff and which contained notice to plaintiff that any objections to the

22    Findings and Recommendations were to be filed within thirty days.[1]  Plaintiff did not file timely

23    objections to the Findings and Recommendations.

24

25        [1] The United States Postal Service returned the Findings and Recommendations on October 17, 2008 as

26    undeliverable.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service
      at a party's prior address is fully effective.  Local Rule 83-182(f).

                                            –1–

-2-

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

2    de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

3    Findings and Recommendations to be supported by the record and by proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    The Findings and Recommendations, filed October 9, 2008, is adopted in full; and

6    2.    This action is dismissed in its entirety based on plaintiff's failure to prosecute.

7    IT IS SO ORDERED.

8    **Dated:    December 2, 2008**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26